LEWIS COREY, Doing Business, etc., Appellant, v. MAX SAMUEL, Doing Business, etc., and Another, Respondents.— Order reversed, with ten dollars costs and dis-

bursements, and motion denied, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.